■   In the Matter of the Arbitration between MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION, Appellant, and ROBERTA H. DEITCH et al., Respondents.— In a proceeding to stay arbitration, the petitioner, Motor Vehicle Accident Indemnification Corporation, appeals from an order of the Supreme Court, Kings County, entered March 17, 1964, which denied the application. Order affirmed, with $10 costs and disbursements (*Matter of MVAIC* [*Malone*], 19 A D 2d 542). Ughetta, Acting P. J., Christ, Brennan, Hill and Hopkins, JJ., concur.